FILED'10 OCT 21 15:28USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

JUAN A. HUERTA,

    **Plaintiff,**

v.                                             Civil No. 07-1310-AA

I-FLOW INC.,

    **Defendant.**

## JUDGMENT

Judgment is entered in favor of defendant and against plaintiff. This action is dismissed. The court finds no just reason to delay entry of judgment for defendant.

Dated: October 21, 2010.

_____
United States District Judge

**JUDGMENT**                                                           **DOCUMENT NO:** _____